UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

SUSAN JANE MARINE,

        Plaintiff,

v.

        Case No. 19-cv-1195-pp

COMMISSIONER OF THE
SOCIAL SECURITY ADMINISTRATION,

        Defendant.

---

**ORDER GRANTING STIPULATED MOTION FOR REMAND (DKT. NO. 23), AND REMANDING CASE FOR FURTHER PROCEEDINGS UNDER SENTENCE FOUR OF 42 U.S.C. §405(g)**

---

On March 30, 2020, the parties filed a stipulated motion for remand for further proceedings pursuant to sentence four of 42 U.S.C. §405(g). Dkt. No. 23. The court **GRANTS** the stipulated motion for remand, and **ORDERS** that:

The Commissioner of Social Security's denial of benefits is **REVERSED** and this case is **REMANDED** to the Commissioner for further proceedings under Sentence Four of 42 U.S.C. §405(g). On judicial remand, the Administrative Law Judge will develop the administrative record as necessary and issue a new decision that reevaluates the plaintiff's residual functional capacity and the medical opinion evidence and, following the sequential evaluation process, determines whether the plaintiff is disabled.

Dated in Milwaukee, Wisconsin this 31st day of March, 2020.

        **BY THE COURT:**

        _____
        **HON. PAMELA PEPPER**
        **Chief United States District Judge**